## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| REVELYST OPERATIONS LLC, | |
| Plaintiff, | Case No.: 1:25-cv-03966 |
| v. | District Judge Jeffrey I. Cummings |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | Magistrate Judge Young B. Kim |
| Defendants. | |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Revelyst Operations LLC hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 1 | BontokDirect | AMWG0O27WO5MN |
| 7 | Jimtye | A36F988AX6VAM8 |
| 14 | dophee | A39ZLK21L635LM |
| 16 | Anovo | A39IWBBXVG23KB |
| 17 | Xisheng US | A39L72JGH7119G |
| 21 | WINFREE | A2OIRNZ6H5HXBN |
| 24 | SecurityIng | A1PU58TIO4246Z |
| 38 | Aeryoyo US | A3NWNHURXJY0SA |
| 42 | Yueoct | AQINXX41OFPQO |
| 45 | Bestsight Outdoor | A3QNPE8DVK3D8Y |

DATED: June 13, 2025                    Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***