IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REVELYST OPERATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:25-cv-03966 <br><br> District Judge Jeffrey I. Cummings <br><br> Magistrate Judge Young B. Kim |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Revelyst Operations LLC hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 13 | Miaozhun Jie Trade Co.,Ltd. | A18CEJFWTBD1ZO |
| 20 | PETPET22 | A3M1SN81O5BGDK |
| 31 | Active-8 | A2PMCGIGI4HMW |

DATED: June 27, 2025

Respectfully submitted,

*/s/ Peter Krusiewicz*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**

- 2 -

        70 W. Madison St., Suite 5200
        Chicago, IL 60602
        Tel: (312) 977-4400
        Fax: (312) 977-4405

        ***ATTORNEYS FOR PLAINTIFF***